B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Virginia

In re: Travis A. Woodson / Sheena N. Woodson, Debtor(s)

Case No. **17-61531**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 1,475.00 |
   | Prior to the filing of this statement I have received | $ 1,475.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify): **Paid on 12-9-2021 for chapter 7 case.**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 11, 2022**
*Date*

**/s/ Reginald R. Yancey**
**Reginald R. Yancey**
*Signature of Attorney*
**Reginald R. Yancey, Attorney, VSB #17958**
**P.O. Box 11908**
**Lynchburg, VA 24506-1908**
**434-528-1632   Fax: 434-846-7112**
*Name of law firm*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| In re:<br>**Travis A. Woodson**<br>**Sheena N. Woodson**<br><br>                                  **Debtor(s)** | Chapter 7<br><br>Case No **17-61531** |
|---|---|

## CERTIFICATION REGARDING AMENDED SCHEDULES OR STATEMENTS

On **January 11, 2022**, the Debtor(s) filed amended schedules or statements (check the applicable box below):

- [✓] These amended schedules or statements do not list any creditors or parties not listed on the matrix originally filed with the petition in this case.

- [ ] These amended schedules or statements do add creditors but the creditors are listed on the mailing matrix previously filed with this Court. I have paid the related filing fee for adding these creditors As of the date of this certification the mailing matrix in this case includes all creditors listed on the bankruptcy schedules, as amended.

- [ ] These amended schedules or statements do add creditors, and the creditors were not listed on the mailing matrix previously filed with this Court. Accordingly I have taken the following actions: (a) I have updated the mailing matrix to add all creditors not previously listed on the mailing matrix, and as of the date of this certification the mailing matrix in this case includes all creditors listed on the bankruptcy schedules, as amended, (b) I have paid the related filing fee for adding these creditors, and (c) on **January 11, 2022**, I sent the Notice of Bankruptcy and § 341(a) creditors' meeting notice to the following creditors in the manner described as follows (add extra pages if necessary):

I hereby certify that the foregoing is true and correct.

Date:   **1-11-2022**                          /s/ **Reginald R. Yancey**
                                                **Reginald R. Yancey**
                                                Counsel for Debtor(s)

I hereby certify under penalty of perjury that the foregoing is true and correct.

_____     _____
Debtor (if applicable)                           Joint Debtor (if applicable)